```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

|  |  |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 08MJ0334 |
| | ) | HON. ANTHONY J. BATTAGLIA |
| MOISES GONZALEZ-AREOLA, | ) | COURTROOM A |
| | ) | |
| RENE LUNA-HERNANDEZ, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Material Witnesses. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

   Please call me if you have any questions about this notice.

   DATED: June 12, 2008

                              Respectfully submitted,

                              KAREN P. HEWITT
                              United States Attorney


                               s/ *Christopher P. Tenorio*
                              CHRISTOPHER P. TENORIO
                              Assistant U.S. Attorney

```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    SOUTHERN DISTRICT OF CALIFORNIA
10   In Re:                              ) CASE NO. 08MJ0334
                                         )
11        MOISES GONZALEZ-AREOLA,        )   CERTIFICATE OF SERVICE
                                         )
12        RENE LUNA-HERNANDEZ,           )
                                         )
13            Material Witnesses.        )
                                         )
14
15   IT IS HEREBY CERTIFIED THAT:
16        I, CHRISTOPHER P. TENORIO, am a citizen of the United States
17   and am at least eighteen years of age.  My business address is 880
18   Front Street, Room 6293, San Diego, California 92101-8893.
19        I am not a party to the above-entitled action.  I am not a
20   party to the above-entitled action.  I have caused service of
21   NOTICE OF APPEARANCE on parties of this matter by electronically
22   filing the foregoing with the Clerk of the District Court.
23        I declare under penalty of perjury that the foregoing is true
24   and correct.
25        Executed on June 12, 2008
                                        s/ Christopher P. Tenorio
26                                      CHRISTOPHER P. TENORIO
                                        Assistant U.S. Attorney
27
28
                                    2
```